MN-305

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   Bartley J. Gangloff
Chapter 7 Case No.   08-36955

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| DISCOVER BANK/DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY, MN  43054 | 1 | 111.11 | 3.17 |

Date:   May 2, 2010                           _____
                                                              Trustee

RECEIVED 10 MAY -5 AM 10:23 US BANKRUPTCY COURT MN